IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY B. FOWLER,

       Plaintiff,

   v.

RECONTRUST COMPANY,

       Defendant.

1:11-cv-3102-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#17), and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I conclude the Report is correct.

1 - ORDER

I adopt Magistrate Judge Clarke's Report and Recommendation (#18). Plaintiff's Bill of Costs (#10) is DENIED.

IT IS SO ORDERED.

DATED this 29 day of June, 2012.

*[signature: Owen M. Panner]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER